**JENNIFER M. DAMON (SBN: 115963)**
**LAUREN B. KUTZ (SBN 250718)**
**COLMAN PERKINS LAW GROUP**
**15615 Alton Pkwy., Suite 370**
**Irvine, CA 92618**
**TELEPHONE (949) 261-8100**
**FACSIMILE (949) 261-8102**
Email: **jdamon@colmanlawgroup.com**

Attorneys for Defendant
**COSTCO WHOLESALE CORPORATION**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRIAM LAID,<br><br>  Plaintiffs,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION, DOES 1 TO 20, inclusive,<br><br>  Defendants. | Case No.: 3:23-cv-01840-LAB-KSC<br><br>**NOTICE OF APPEARANCE FOR JENNIFER M. DAMON AS COUNSEL OF RECORD FOR COSTCO WHOLESALE CORPORATION**<br><br>Dept. C-72<br>Trial: TBD |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jennifer M. Damon of the Law Offices of Colman Perkins Law Group, who is permitted to practice in this District, hereby appears as counsel of record on behalf of Defendant, The Costco Wholesale Corporation. Effective immediately, please add Jennifer M. Damon as an attorney to be noticed on all matters at the following address:

1  Jennifer M. Damon (SBN: 115963)
   Colman Perkins Law Group
2  15615 Alton Pkwy., Suite 370
   Irvine, CA 92618
3  Telephone (949) 261-8100
   Facsimile (949) 261-8102
4  Email: jdamon@colmanlawgroup.com

5  Dated: November 17, 2023            COLMAN PERKINS LAW GROUP

6

7                                       BY: _____
                                            JENNIFER M. DAMON
8                                           LAUREN B. KUTZ
                                            Attorneys for Defendant
9                                           COSTCO WHOLESALE CORPORATION

*Re: Laid v. Costco*
*Case No.: 37-2023-00028572-CU-PO-CTL*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Colman Perkins Law Group, 15615 Alton Parkway, Suite 370, Irvine, CA 92618, in said County and State.

    On November 17, 2023, I served the foregoing document described as

**NOTICE OF APPEARANCE FOR JENNIFER M. DAMON AS COUNSEL OF RECORD FOR COSTCO WHOLESALE CORPORATION**

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

/ /   **BY MAIL (C.C.P. §§ 1013(a)):** By placing the document listed above in a sealed envelope addressed to the parties set forth on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/X /   **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) from lvergara@colmanlawgroup.com to the person(s) at the e-mail address(es) listed on the attached Service List. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy upon request only.

/ /   **BY OVERNIGHT MAIL (C.C.P. § 1013(c)):** By **UPS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, the document listed above was placed in a sealed envelope addressed to the parties set forth on the attached Service List, and delivered to an authorized courier or driver authorized by the express service carrier, with delivery fees fully prepaid or provided for.

/X/   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. **(C.C.P. § 2015.5)**

/X /   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 17, 2023, at Irvine, California.

_____
Lizbeth Vergara

*Re: Laid v. Costco*
*Case No.: 37-2023-00028572-CU-PO-CTL*

**SERVICE LIST**

Barry Pasternack, Esq.
Emanuel Pasternack, Esq.
Law Offices of Barry Pasternack
1230 Columbia Street, Suite 930
San Diego, CA 92101
(619)230-1007 Phone
(619)230-1033 Fax
Email: eservice@bpinjurylaw.com
*Attorney for Plaintiff*

4
NOTICE OF APPEARANCE FOR JENNIFER M. DAMON AS COUNSEL OF RECORD FOR COSTCO WHOLESALE CORPORATION